Filed 03/10/09　　　　　Case 09-22865　　　　　Doc 11

FILED
March 10, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001704439

3

Donna T. Parkinson, State Bar No. 125574
Thomas R. Phinney, State Bar No. 159435
**PARKINSON PHINNEY**
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 449.1444 – Main
(916) 449-1440 – Facsimile
Email: tom@parkinsonphinney.com

Attorneys for Tom and Christine Pope

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>KENNETH PAUL GREGG,<br><br>　　　Debtor. | Case No.: 09-22865<br><br>DCN: PP-1<br><br>**DECLARATION OF CHRISTINE POPE IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>[Local Rule 9014-f(2)]<br>11 U.S.C. 362(d)<br><br>Date: March 24, 2009<br>Time: 9:30 a.m.<br>Dept.　C (Courtroom 35) |

I, Christine Pope, declare:

1. My husband Tom Pope and I are the Plaintiffs in the lawsuit ("Lawsuit") pending in the District Court for the Southern District of Mississippi, Jackson Division on July 28, 2008, Case No. 3:08CV464. I make this declaration of my own personal knowledge, and if called upon to testify to the matter stated herein, I would be competent and willing to do so.

2. In 2006, my husband and I were approached to purchase certain real estate in Mississippi.

3. On June 5, 2008, we caused the Lawsuit to be filed. The current defendants in the Lawsuit include: (1) Freedom Mortgage Corporation, Inc. ("Freedom Mortgage"), (2) Staggs Management Group, LLC ("Staggs Management"), (3) Allsouth Appraisal, Inc., (4) Kenny Gregg, (5) Charles F. Payne, (6) IndyMac Federal Bank, F.S.B., (7) Specialized Loan Servicing, LLC, (8) Citimortgage, Inc., and (9) Steven D. Usry (collectively, "Defendants").

4. Pursuant to the court's Scheduling Order dated November 6, 2008, the case is set for trial starting on November 2, 2009. The last day for Plaintiff to designate experts (March 9, 2009) has already passed. The cutoff for discovery is June 1, 2009.

5. Submitted herewith, and incorporated herein by this reference, are true and correct copies of the following Exhibits:

Exhibit 1 is the District Court docket of the Lawsuit (since removal).

Exhibit 2 is Plaintiff's First Amended Complaint dated January 15, 2009.

Exhibit 3 is the Cross-Complaint against Freedom Mortgage filed by Kenny Gregg.

6. The debtor in this case, Kenny Gregg ("Gregg"), was an employee at relevant times of two of the other Defendants in the Lawsuit, Freedom Mortgage and Staggs Management Group. Through Freedom Mortgage and/or Staggs Management Group, the Debtor has potential insurance coverage or indemnification rights for the claims alleged in the Original and First Amended Complaint. On January 15, 2009, Gregg filed an answer to the Plaintiffs' First Amended Complaint and also filed a Cross-Complaint against Freedom Mortgage, seeking indemnity for any damages recovered against him.

7. We have been trying to get documents in discovery from Gregg since July 2008. No documents have been produced yet. As an employee of two major defendants, Gregg is a central witness in the case.

8. In the Lawsuit, Gregg is one of nine defendants. The litigation has progressed extensively in state and now federal court, and is set for trial. Gregg is both a

1  defendant and a critical witness to the litigation. The disputed transactions occurred, and
2  the witnesses and property in question are located primarily or exclusively in Mississippi.
3      I declare under penalty of perjury that the foregoing is true and correct and that this
4  declaration was executed in San Jose, California.

6  Dated: March 10, 2009                    _____
7                                           Christine Pope